**Order entered October 18, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01026-CV

### IN RE ESTATE OF GARY WAYNE LUNA

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-15-02365-1**

## ORDER

By order dated August 17, 2017, we directed Dallas County District Clerk John F. Warren to file a clerk's record containing the items required by Texas Rule of Appellate Procedure 34.5(a) and any items designated by the parties. *See* TEX. R. APP. P. 34.5. We further directed court reporter Jackie Galindo to file a reporter's record of the heirship proceedings as designated by the parties, including the record of the July 20, 2015 "hearing on motions." Both the clerk's record and the reporter's record were to be filed by August 28, 2017. To date, however, they have not been filed. Accordingly, we **ORDER** Mr. Warren and Ms. Galindo to file the requested records no later than October 26, 2017.

We **DIRECT** the Clerk of the Court to send a copy of this order to Mr. Warren, Ms. Galindo, and the parties.

/s/     CRAIG STODDART
JUSTICE